Honorable Marsha J. Pechman

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   FAN JIANG,

NO. C21-1656-MJP

11                              Petitioner,

STIPULATION AND ~~PROPOSED~~
ORDER TO STAY ACTION

v.

12

UNITED STATES CITIZENSHIP AND

NOTED ON MOTIONS CALENDAR:

13   IMMIGRATION SERVICES, United STATES
DEPARTMENT OF HOMELAND

**January 27, 2022**

14   SECURITY; ALEJANDRO MAYORKAS,
Secretary of the Department of Homeland

15   Security; UR JADOU, Direction of U.S.
Citizenship and Immigration Services; and

16   DONNA CAMPAGNOLO, Director of U.S.
Citizenship and Immigration Services

17   California Service Center,

18                              Respondents.

19

**Stipulation**

20

The parties have conferred and stipulate and agree as follows.  In light of ongoing

21

adjudication of Petitioner's application, the results of which may render these proceedings moot or at

22

least have a relevant impact upon these proceedings, the parties jointly request a  stay of this action

23

24   STIPULATION FOR STAY OF ACTION
No. C20-1656-MJP - 1

1   for an initial period ending on March 18, 2022.  During the period of the initial stay and upon

2   Petitioner Jiang's receipt of a "Request for Evidence" from Respondent USCIS pursuant to

3   Respondent's adjudication of Petitioner's claim, the parties will confer and promptly propose to the

4   Court a requested extension of the stay, if warranted.

5        Respectfully submitted and presented this 27th day of January, 2022.

6

7   |  | NICHOLAS W. BROWN<br>United States Attorney |

8

9   */s/Ralph Hua*_____   */s/ Patricia D. Gugin*_____

   RALPH HUA, WSBA# 42189          PATRICIA D. GUGIN, WSBA #43458

10  Fisher Phillips LLP              Assistant United States Attorney

   1201 3rd Avenue, Suite 2750     United States Attorney's Office

11  Seattle, WA 98104               1201 Pacific Avenue, Suite 700

   Phone:  206-247-7014            Tacoma, Washington 98402

12  E-mail: rhua@fisherphillips.com  Phone:  253-428-3832

                                    Fax:    253-428-3836

13  *Attorney for Petitioner*        E-mail:  pat.gugin@usdoj.gov

14                                   *Attorneys for Respondents*

15

16

17

18

19

20

21

22

23

24  STIPULATION FOR STAY OF ACTION                    UNITED STATES ATTORNEY
    No. C20-1656-MJP - 2                          1201 PACIFIC AVENUE, SUITE 700
                                                  TACOMA, WASHINGTON 98402
                                                  (253) 428-3800

1

**ORDER**

2

3    **IT IS SO ORDERED**.

4    Dated this 27th day of January, 2022.

5

6    _____

7    JAMES L. ROBART
     United States District Judge

8

9

10   Presented by:

11   /s/ Ralph Hua
     RALPH HUA, WSBA# 42189
12   Fisher Phillips LLP
     1201 3rd Avenue, Suite 2750
13   Seattle, WA 98101
     Phone:  206-247-7014
14   E-mail: rhua@fisherphillips.com

15   *Attorney for Petitioner*

16   NICHOLAS W. BROWN
     United States Attorney
17

18   /s/ Patricia D. Gugin
     PATRICIA D. GUGIN, WSBA #43458
19   Assistant United States Attorney
     United States Attorney's Office
     1201 Pacific Avenue, Suite 700
20   Tacoma, Washington 98402
     Phone:  253-428-3832
21   Fax:     253-428-3836
     E-mail:  pat.gugin@usdoj.gov
22

23   *Attorneys for Respondents*

24   STIPULATION FOR STAY OF ACTION
     No. C20-1656-MJP - 3

                                                    UNITED STATES ATTORNEY
                                                    1201 PACIFIC AVENUE, SUITE 700
                                                    TACOMA, WASHINGTON 98402
                                                    (253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATION FOR STAY OF ACTION
No. C20-1656-MJP - 4